**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

CHARLES CRABLE,

        Plaintiff,

v.                                                       Case No. 6:16-cv-1825-Orl-37TBS

PREMIER BATHS, INC.; and
BILL KELLY,

        Defendants.
_____

**ORDER**

This cause is before the Court on the following:

1. Plaintiff's Motion for Default Final Judgment on the Complaint Against Defendant, Premier Baths, Only (Doc. 13), filed November 18, 2016; and

2. U.S. Magistrate Judge Thomas B. Smith's Report and Recommendation (Doc. 14), filed November 23, 2016.

On October 20, 2016, Plaintiff filed the instant action against Defendants Premier Baths, Inc. ("**Premier**") and Bill Kelly ("**Kelly**"), alleging violations of the Fair Labor Standards Act. (Doc. 1 ("**Complaint**").) In his two-count Complaint, Plaintiff seeks a judgment against Premier and Kelly "jointly and severally." (*Id.* at 12.) Following service of process, Kelly filed a motion to dismiss the Complaint in its entirety. (Doc. 9 ("**MTD**").) Noting that Premier failed to make an appearance, Plaintiff sought and obtained a Clerk's entry of default against Premier. (Docs. 11, 12.)

Plaintiff subsequently moved for entry of default judgment against Premier. (Doc. 13 ("**Motion for Default Judgment**").) On referral, U.S. Magistrate Judge Thomas B. Smith issued a Report recommending that the Court deny the Motion for Default

Judgment. (Doc. 14 ("**R&R**").) The principle concern in the R&R is the risk that entering default judgment against Premier while Kelly's MTD is pending could lead to inconsistent adjudications. (*Id.* at 2–4.) The R&R concludes that default judgment should be entered only after the matter has been adjudicated as to all Defendants. (*Id.* at 2.) No objections were filed.

Following the issuance of the R&R, the Court granted Kelly's MTD but permitted Plaintiff to amend his Complaint to reassert his claims against Kelly. (Doc. 16.) Consequently, the posture of this case continues to present a risk of inconsistent adjudications due to the possibility that Plaintiff may reassert his claims against Kelly. Therefore, entering default judgment is inappropriate at this stage.

After independent review and absent objections, the Court agrees with Magistrate Judge Smith's recommendation. *See* 28 U.S.C. § 636(b)(1) (suggesting that a de novo review is only required when a party objects to the proposed findings and recommendations). As such, the Court finds that the R&R is due to be adopted.

## CONCLUSION

Accordingly, it is hereby **ORDERED AND ADJUDGED**:

1. U.S. Magistrate Judge Thomas B. Smith's Report and Recommendation (Doc. 14) is **ADOPTED**, **CONFIRMED**, and made a part of this Order.
2. Plaintiff's Motion for Default Final Judgment on the Complaint Against Defendant, Premier Baths, Only (Doc. 13) is **DENIED WITHOUT PREJUDICE**.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on December 14, 2016.



ROY B. DALTON JR.
United States District Judge

Copies:

Counsel of Record