## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**CHARLES CRABLE,**

                **Plaintiff,**

**v.**                                    **Case No:   6:16-cv-1825-Orl-37TBS**

**PREMIER BATHS, INC. and BILL KELLY,**

                **Defendants.**

_____/

## O R D E R

      This case is before this Court *sua sponte.*  On November 30, 2016 an FLSA Scheduling Order was entered (Doc 15) which required the parties within ninety (90) days from the date of that Order, after the settlement conference, to jointly file a Report Regarding Settlement.  Nothing has been filed and the time has now passed. Accordingly, it is

      **ORDERED** that the parties shall on or before March 31, 2017 file a notice of settlement or a joint case management report.

      **DONE AND ORDERED** in Orlando, Florida this 21st day of March, 2017.



ROY B. DALTON JR.
United States District Judge

Copies to:    Counsel of Record