UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CHARLES CRABLE,                                  CASE NO.: 6:16-cv-1825-orl-22TBS

      Plaintiff,

v.

PREMIER BATHS, INC., d/b/a
PREMIER CARE IN BATHING,
and BILL KELLY,

      Defendants.
_____/

## <u>CERTIFICATE OF INTERESTED PERSONS AND<br>CORPORATE DISCLOSURE STATEMENT</u>

I hereby disclose the following pursuant to this Court's Interested Persons Order and Corporate Disclosure Statement:

1.    The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

| **<u>Party</u>** | **<u>Attorney/Firm</u>** |
|---|---|
| Plaintiff, Charles Crable | Elizabeth J. Anderson, Esq.<br>The Anderson Legal Group, LLC |
| | Jessica K. Hew, Esq.<br>The Anderson Legal Group, LLC |

| **Party** | **Attorney/Firm** |
|---|---|
| Defendant, Bill Kelly | William B. Pringle III, Esquire |
| | WILLIAM B. PRINGLE III, P.A |

2.     The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

None known**.**

3.     The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

Unknown at this time.

4.     The name of each victim (individual or corporate), including every person who may be entitled to restitution:

None known other than the parties.

I hereby certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case, and will immediately notify the Court in writing upon learning of any such conflict.

Respectfully submitted,

WILLIAM B. PRINGLE III, P.A.

By:   _/s/    William B. Pringle III_
William B. Pringle III, Esquire
Fla. Bar No: 0777986
255 South Orange Avenue, Suite 1200
Post Office Box 6340
Orlando, Florida 32802
Telephone No.: (407) 843-3701
Fax No.: (407) 650-1800

*Attorneys for Defendant,*
*BILL KELLY*

2

## CATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing on April 24, 2017 with the Clerk of the Court by using the Florida Courts e-Filing Portal which will complete service to the following: Elizabeth J. Anderson, Esquire, and Jessica K. Hew, Esq., ANDERSON HEW PLLC, 201 S. Orange Avenue, Suite 900, Orlando, Florida 32801, eanderson@andersonhew.com.

        /s/    William B. Pringle III
William B. Pringle III, Esquire

3