UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CHARLES CRABLE,                    CASE NO.: 6:16-cv-1825-orl-22TBS

    Plaintiff,

v.

PREMIER BATHS, INC., d/b/a
PREMIER CARE IN BATHING,
and BILL KELLY,

    Defendants.
_____/

## NOTICE OF MEDIATION

**PLEASE TAKE NOTICE** that pursuant to the Court's Order entered on April 12, 2017 and the agreement of the parties, the above-styled matter has been set for Mediation as designated below:

| | |
|---|---|
| **DATE:** | Tuesday, September 26, 2017 |
| **TIME:** | 10:00 a.m. (½ day reserved) |
| **MEDIATOR:** | Todd M. Hoepker |
| **PLACE:** | Todd M. Hoepker, P.A.<br>55 East Pine Street<br>Orlando, Florida 32801<br>(407) 426-2060 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing on April 27, 2017 with the Clerk of the Court by using the Florida Courts e-Filing Portal which will complete service to the following: Elizabeth J. Anderson, Esquire, and Jessica K. Hew, Esq., ANDERSON HEW PLLC, 201 S. Orange Avenue, Suite 900, Orlando, Florida 32801, eanderson@andersonhew.com.

    By: _/s/ William B. Pringle III_
    William B. Pringle III, Esquire
    Fla. Bar No: 0777986
    255 South Orange Avenue, Suite 1200
    Post Office Box 6340
    Orlando, Florida 32802
    Telephone No.: (407) 843-3701
    Fax No.: (407) 650-1800
    *Attorneys for Defendant,*
    *BILL KELLY*