UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CHARLES CRABLE,

    Plaintiff,

v.                                                                      Case No. 6:16-cv-1825-Orl-37TBS

PREMIER BATHS, INC.; and BILL
KELLY,

    Defendants.
_____

## ORDER

Plaintiff initiated this action against Defendants alleging, among other things, that they failed to pay him minimum and overtime wages in violation of the Fair Labor Standards Act ("**FLSA**"). (Doc. 1.) Defendant Bill Kelly ("**Mr. Kelly**") answered the Amended Complaint (Doc. 23), and Defendant Premier Baths, Inc. ("**Premier**") has yet to appear. On October 5, 2017, Plaintiff and Mr. Kelly jointly moved for approval of a settlement agreement pursuant to *Lynn's Food Stores, Inc. v. United States ex rel. United States Department of Labor*, 679 F.2d 1350 (11th Cir. 1982). (Doc. 37, pp. 1–4 ("**Approval Motion**"); *see also id.* at 6–12 ("**Agreement**").) On referral, U.S. Magistrate Judge Thomas B. Smith recommends that the Court deny the Approval Motion and reject the Agreement. (Doc. 38 ("**R&R**").)

In his R&R, Magistrate Judge Smith concludes that the Agreement—the totality of which contains only mutual releases between Plaintiff and Mr. Kelly—raised more questions than it answered. (*See* Doc. 38, pp. 3–6.) In particular, the Court cannot perform

-1-

a fairness analysis because the Agreement: (1) provides an insufficient explanation for why Plaintiff is not receiving a monetary award; (2) proposes releases that are overly broad, providing no basis to assess their value; (3) purports to create jurisdiction in this Court by stipulation; and (4) attempts to settle *all* of Plaintiff's claims even though Premier, an alleged jointly-liable defendant, is not a party to it. (*Id.*)

The parties did not object to the R&R, and the time for doing so has now passed. In the absence of objections, the Court has reviewed the R&R only for clear error. *See Wiand v. Wells Fargo Bank, N.A.*, No. 8:12-cv-557-T-27EAJ, 2016 WL 355490, at *1 (M.D. Fla. Jan. 28, 2016); *see also Marcort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding no clear error, the R&R is due to be adopted in its entirety.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. U.S. Magistrate Judge Thomas B. Smith's Report and Recommendation (Doc. 38) is **ADOPTED**, **CONFIRMED**, and made a part of this Order.

2. The Joint Motion for Approval of Settlement Agreement and Incorporated Memorandum of Law (Doc. 37, pp. 1–4) is **DENIED**.

3. The Settlement Agreement (Doc. 37, pp. 6–12) is **REJECTED**.

4. On or before Monday, **November 6, 2017**, the parties are **DIRECTED** to file a renewed motion for approval of a proposed FLSA settlement agreement that remedies the deficiencies identified in the R&R.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on October 24, 2017.



Copies to:
Counsel of Record