UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CHARLES CRABLE,

    Plaintiff,

v.                                       Case No. 6:16-cv-1825-Orl-37TBS

PREMIER BATHS, INC.,

    Defendant.
_____

## **ORDER**

Plaintiff initiated this action against Defendants Premier Baths, Inc. ("**Premier**") and Billy Kelly ("**Mr. Kelly**"), alleging violations of the Fair Labor Standards Act ("**FLSA**"). (*See* Doc. 1.) In his two-count complaint, Plaintiff seeks to impose judgment "jointly and severally." (*Id.* at 12.) Following service of process, Mr. Kelly moved to dismiss the claims against him. (Doc. 9 ("**MTD**").) Plaintiff then moved for entry of default against Premier for failing to appear. (Doc. 11.) The Clerk entered default (Doc. 12), and Plaintiff then moved for default judgment against Premier (Doc. 13).

On December 12, 2016, the Court granted Mr. Kelly's MTD and permitted Plaintiff to file an amended complaint on or before December 27, 2016. (Doc. 16.) Two days later, the Court denied Plaintiff's motion for default judgment without prejudice given the posture of the case against Mr. Kelly and the potential for inconsistent judgments against jointly liable defendants if the Court entered default judgment against Premier only. (Doc. 17.)

More than a year after Plaintiff initiated this case, the parties inched this case forward and stipulated to the dismissal of Plaintiff's claims against Mr. Kelly with prejudice. (Doc. 42.) Consequently, the Court terminated him as a party on November 20, 2017. (Doc. 44). With Mr. Kelly out of the picture, it seemed likely that Plaintiff would renew his motion for default judgment against Premier. Plaintiff did not. So, on December 12, 2017, the Court ordered Plaintiff to show cause on or before **December 22, 2017**, why this case should not be dismissed for failure to prosecute. (Doc. 44 ("**Show Cause Order**").) To date, Plaintiff has not responded to the Show Cause Order and still has not moved for default judgment.

Based on Plaintiff's dilatory conduct, the Court finds that his claims against Premier are due to be dismissed without prejudice for lack of prosecution. *See* Local Rule 3.10(a); *see also* Fed. R. Civ. P. 16(f) (setting forth Court's authority to enter "any just orders" where a party fails to obey a pretrial order). Should Plaintiff choose to pursue his claims against Premier, he must do so by filing a new action and paying a new filing fee. Counsel is forewarned that ignoring Court Orders is not tolerated and that the better course is to seek an extension of time to respond.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that:

1. Plaintiff's claims against Premier Bath, Inc. (Doc. 18, ¶¶ 62–81) are **DISMISSED WITHOUT PREJUDICE** for failure to prosecute. The Court reminds the parties that, absent Court approval, any settlement agreement between Plaintiff and Premier Baths, Inc. is not enforceable.

2. The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on January 3, 2018.



ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record